IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01149-BNB

MUHAMMAD ABDULLAH, a/k/a Muhammad Mustafa Abdullah-El,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Muhammad Abdullah, also known as Muhammad Mustafa Abdullah-El, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Abdullah initiated this action by filing *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1). On May 1, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Abdullah to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Abdullah to file an amended pleading on the proper form and either to pay the $5.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Abdullah was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Abdullah has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's May 1 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Abdullah failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  6th  day of   June  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court